*Exhibit A*

```
                                                                    1
 1                  UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF MICHIGAN
 2                      SOUTHERN DIVISION

 3   CURTIS E. BLACKWELL, II,
         Plaintiff,
 4       vs                             Case No:  1:18-cv-1261
     LOU ANNA K. SIMON, MARK DANTONIO,
 5   Et al                              ROUGH DRAFT
         Defendants.
 6   _____/

 7            VIDEOTAPED DEPOSITION OF MARK JUSTIN DANTONIO,
     Taken by the Plaintiff on the 10th of January, 2020, at 110
 8   Michigan St., NW, Grand Rapids, Michigan, at 10:08 a.m.

 9   APPEARANCES:

10   For the Plaintiff:      Mr. Thomas R. Warnicke
                             Law Offices of Thomas R. Warnicke, PLLC
11                           16291 W. 14 Mile Rd., Ste. 21
                             Beverly Hills, MI  48025
12                                   and
                             Mr. Andrew A. Paterson, Jr.
13                           Paterson Law Office
                             2893 E. Eisenhower Pkwy.
14                           Ann Arbor, MI   48108

15   For Defendants Davis    Mr. Paul McCarthy
     and Miller:             Rhoades McKee, PC
16                           55 Campau Ave. NW, Ste. 300
                             Grand Rapids, MI 49503
17
     For Defendants Simon    Mr. William B. Forrest, III
18   Dantonio and Hollis:         and
                             Mr. Thomas G. Kienbaum
19                           Kienbaum Hardy Viviano
                             280 N. Woodward, Ste. 400
20                           Birmingham, MI   48009

21   Also Present            Mr. Curtis Blackwell
                             Ms. Tara Hamilton
22

23

24   Reported by
     Michele A. Toth
25   CSR-2702   RPR
```

TABLE OF CONTENTS

MARK JUSTIN DANTONIO


    Direct Examination by Mr. Warnicke........Page    04


                - - - o0o - - -


                    EXHIBITS

        Deposition Exhibit No. 1....................Page     98
        Deposition Exhibit No. 2....................Page    100
        Deposition Exhibit No. 3....................Page    121
        Deposition Exhibit No. 6....................Page    158
        Deposition Exhibit No. 7....................Page    162
        Deposition Exhibit No. 8....................Page    167
        Deposition Exhibit No. 9....................Page    168
        Deposition Exhibit No. 10...................Page    170
        Deposition Exhibit No. 11...................Page    187
        Deposition Exhibit No. 12...................Page    188
        Deposition Exhibit No. 13...................Page    191
        Deposition Exhibit No. 14...................Page    192
        Deposition Exhibit No. 15...................Page    193
        Deposition Exhibit No. 16...................Page    207
        Deposition Exhibit No. 17...................Page    209
        Deposition Exhibit No. 18...................Page    216
        Deposition Exhibit No. 19...................Page    229
        Deposition Exhibit No. 20...................Page    230



                - - - o0o - - -

3

```
            1              THE VIDEOGRAPHER:   We're on the record.   This is
00:04:32    2    the video deposition of Mark Dantonio being taken at 110
00:04:36    3    Michigan Street, Northwest, Grand Rapids, Michigan.
00:04:40    4              Today is Friday, January the 10th, year 2020, the
00:04:42    5    time is 10:07:14 a.m.   my name is David B. Schafer video
00:04:48    6    technician, notary public for the County of Wayne.
00:04:50    7              Will the attorneys please introduce yourselves for
00:04:52    8    the record.
00:04:52    9              MR. WARNICKE:   Tom Warnicke for Plaintiff Curtis
00:04:54   10    Blackwell.
00:04:56   11              MR. FORREST:   Will Forrest on behalf of Defendants
00:05:02   12    Simon, Dantonio and Hollis.   With me is my law partner
00:05:04   13    Tom Kienbaum.
00:05:06   14              MR. McCARTHY:   Paul McCarthy on behalf of MSU
00:05:06   15    Detectives Chad Davis and Sam Miller.
00:05:06   16              MR. PATERSON:   Andrew Paterson on behalf of Curtis
00:05:06   17    Blackwell.
00:05:16   18              THE VIDEOGRAPHER:   Madam Court Reporter, would you
00:05:16   19    please swear in the witness.
00:05:16   20                             (Witness sworn)
00:05:26   21              THE VIDEOGRAPHER:   You may proceed.
           22                        MARK JUSTIN DANTONIO,
           23    called as a witness by the Plaintiff herein, having been first
           24    duly sworn, was examined and testified as follows:
           25
```

ROUGH DRAFT

```
                                                              4
     1                   DIRECT EXAMINATION

     2   BY MR. WARNICKE:

00:05:30  3   Q    Good morning, Mr. Dantonio, how are you today?

00:05:30  4   A    Good.

00:05:30  5   Q    My name is Tom Warnicke, I represent Curtis Blackwell in

00:05:34  6        his lawsuit pending here in the United States District

00:05:36  7        Court, Western District of Michigan.

00:05:40  8             Could you please state and spell your full name for

00:05:44  9        the record?

00:05:44 10   A    Mark M-A-R-K, Justin, J-U-S-T-I-N, Dantonio,

00:05:52 11        D-A-N-T-O-N-I-O.

00:05:52 12   Q    And have you ever had your deposition taken before

00:05:56 13        today?

00:05:56 14   A    No.

00:05:56 15   Q    Have you ever testified in any court proceedings?

00:05:58 16   A    No.

00:06:02 17   Q    I assume that your attorneys have probably explained the

00:06:06 18        process to you, but I need to do it anyway, which is

00:06:08 19        what we do as attorneys starting off the case.

00:06:12 20             Preliminarily, are you under any medication today?

00:06:14 21        Is there any reason that would prevent you from

00:06:18 22        answering my questions to the best of your ability?

00:06:20 23   A    No.

00:06:20 24   Q    And you understand you're under oath to tell the truth?

00:06:22 25   A    Yes.
```

ROUGH DRAFT

62

| | | |
|---|---|---|
| 01:29:24 1 | Q | When did the team come back to Michigan? |
| 01:29:26 2 | A | Everybody came back -- Most people came back on the team |
| 01:29:32 3 | | charter, other people came back -- went back to their |
| 01:29:34 4 | | original places of residence and flew privately. |
| 01:29:38 5 | Q | Did the team charter come back the day of the game or |
| 01:29:42 6 | | the next day? |
| 01:29:42 7 | A | Next day. |
| 01:29:42 8 | Q | So during that window from Christmas day through the |
| 01:29:46 9 | | team coming back, do you know if Mr. Blackwell visited |
| 01:29:50 10 | | any specific recruits that were in California that Mr. |
| 01:29:54 11 | | Blackwell was looking at? |
| 01:29:54 12 | A | No, Mr. Blackwell is not permitted to be off campus. |
| 01:29:58 13 | Q | Okay.  So part of his -- And was that true during his |
| 01:30:00 14 | | entire duration? |
| 01:30:02 15 | A | Yes he's an off-campus recruiter -- He's an on-campus |
| 01:30:02 16 | | recruiter. |
| 01:30:06 17 | Q | Okay.  What does that mean?  I'm unfamiliar with what |
| 01:30:08 18 | | that means. |
| 01:30:08 19 | A | The NCAA designates ten coaches, I believe at that time |
| 01:30:14 20 | | it might have only been nine, and the head coach to be |
| 01:30:18 21 | | the only people that were permitted to be off campus |
| 01:30:22 22 | | recruiting in the school, in the school, to meet with |
| 01:30:26 23 | | potential recruits. |
| 01:30:28 24 | Q | Okay.  And is there a time period that the NCAA says |
| 01:30:34 25 | | that these nine or tens coaches are allowed to meet with |

63

| | | |
|---|---|---|
| 01:30:36 | 1 | recruits? |
| 01:30:36 | 2 A | Yes, there's a time period. |
| 01:30:38 | 3 Q | All right. So whatever the time period is -- Do you |
| 01:30:42 | 4 | know what that time period is? Has it stayed the same? |
| 01:30:44 | 5 A | It's varied throughout the years, but the recruiting |
| 01:30:50 | 6 | calendar has evaluation days and it has contact days. |
| 01:30:56 | 7 | Contact days are days that you're allowed to contact. |
| 01:31:00 | 8 | Evaluation days are days that you go into the school. |
| 01:31:08 | 9 | There are dead periods involved in that. Dead |
| 01:31:12 | 10 | periods usually, certainly through the bowl time, |
| 01:31:16 | 11 | certainly through bowl -- the bowl time period where |
| 01:31:22 | 12 | nobody's allowed to be out. |
| 01:31:24 | 13 Q | Okay. On the days that recruiting was allowed on |
| 01:31:30 | 14 | contact days, you could contact a recruit during that |
| 01:31:34 | 15 | time period? |
| 01:31:36 | 16 A | A contact day you're allowed one contact a week. |
| 01:31:38 | 17 Q | One contact a week, okay. And was Mr. Blackwell ever |
| 01:31:42 | 18 | allowed to be that person that contacted the recruit? |
| 01:31:46 | 19 A | No. |
| 01:31:46 | 20 Q | Then on the evaluation days, I think you said that was |
| 01:31:48 | 21 | when a coach would go into a school? |
| 01:31:52 | 22 A | Coach go into a school. |
| 01:31:54 | 23 Q | And that would be the recruit's high school or whatever |
| 01:31:56 | 24 | he was going to? |
| 01:31:58 | 25 A | Recruit's high school. |

ROUGH DRAFT

64

| | | | |
|---|---|---|---|
| 01:31:58 | 1 | Q | Okay.  Was Mr. Blackwell in his position not allowed to |
| 01:32:04 | 2 | | do contact days or evaluation days? |
| 01:32:06 | 3 | A | Correct. |
| 01:32:18 | 4 | Q | And that was through the duration of his employment? |
| 01:32:22 | 5 | A | Yes. |
| 01:32:26 | 6 | Q | But you said he could do on-campus recruiting? |
| 01:32:30 | 7 | A | He can do on-campus recruiting. |
| 01:32:34 | 8 | Q | What's do on-campus recruiting mean? |
| 01:32:36 | 9 | A | When an individual prospective player and his family |
| 01:32:40 | 10 | | would come onto campus, and that was primarily one of |
| 01:32:44 | 11 | | the biggest roles that he had, he would watch practice |
| 01:32:48 | 12 | | with them, I don't want to use the word entertain, but |
| 01:32:54 | 13 | | he would show him around the campus, make sure they had |
| 01:32:58 | 14 | | people giving a campus tour, he would give a campus |
| 01:33:00 | 15 | | tour, make sure that they're being shown the relative |
| 01:33:04 | 16 | | things that we're trying to show a recruit.  He would be |
| 01:33:14 | 17 | | able to sit and talk with them as well.  So primary |
| 01:33:18 | 18 | | role. |
| 01:33:20 | 19 | Q | When the off-campus recruiting happens, it's within the |
| 01:33:28 | 20 | | recruiting period of time allowed to do it, your nine or |
| 01:33:32 | 21 | | ten assistant coaches are allowed to do it? |
| 01:33:34 | 22 | A | Correct.  And the head coach. |
| 01:33:36 | 23 | Q | Do those assistant coaches ever do the recruiting visits |
| 01:33:42 | 24 | | without you being present? |
| 01:33:42 | 25 | A | Yes. |

ROUGH DRAFT

65

| | | | |
|---|---|---|---|
| 01:33:42 | 1 | Q | And there are some occasions that you're also present? |
| 01:33:44 | 2 | A | I'm allowed to see one player one time. |
| 01:33:44 | 3 | Q | Okay.  All right. |
| 01:33:48 | 4 | A | Over the course of the recruiting calendar I can see one |
| 01:33:52 | 5 | | player one time. |
| 01:33:54 | 6 | Q | Okay.  Are there any limitations how many times a |
| 01:33:56 | 7 | | recruit can visit on campus? |
| 01:33:58 | 8 | A | Not officially.  Officially there are, one time. |
| 01:34:04 | 9 | Q | Were you ever present during Curtis Blackwell's |
| 01:34:08 | 10 | | employment to observe him and how he interacted with a |
| 01:34:10 | 11 | | potential recruit -- |
| 01:34:12 | 12 | A | Yes. |
| 01:34:12 | 13 | Q | (Continuing) -- and their family?  How did you perceive |
| 01:34:16 | 14 | | him to do with respect to his job in that role? |
| 01:34:18 | 15 | A | Very well. |
| 01:34:20 | 16 | Q | Was that consistent throughout his entire employment |
| 01:34:24 | 17 | | that you thought he did very well in that role? |
| 01:34:26 | 18 | | MR. FORREST:  In the role of meeting with |
| 01:34:28 | 19 | | individual players? |
| 01:34:28 | 20 | | BY MR. WARNICKE: |
| 01:34:30 | 21 | Q | Meeting with individuals players on campus? |
| 01:34:32 | 22 | A | Yes. |
| 01:34:34 | 23 | Q | Do you know if Curtis Blackwell at any time during his |
| 01:34:36 | 24 | | employment at Michigan State University ever accompanied |
| 01:34:40 | 25 | | or went with Michigan State University assistant coaches |

ROUGH DRAFT

66

| | | |
|---|---|---|
| 01:34:42 | 1 | on any off-campus recruiting visits? |
| 01:34:46 | 2  A | I can't recall that.  If he did, I would believe it |
| 01:34:50 | 3 | would be as he went me.  He wasn't able to go into the |
| 01:34:54 | 4 | school. |
| 01:34:56 | 5  Q | You said you believe it would have been when he went |
| 01:34:58 | 6 | with you.  Do you recall occasions that you and Curtis |
| 01:35:02 | 7 | Blackwell went on on-campus recruiting visits? |
| 01:35:06 | 8  A | When you say on-campus -- |
| 01:35:08 | 9  Q | I mean -- I misspoke.  Do you recall occasions when you |
| 01:35:10 | 10 | and Curtis Blackwell went on off-campus recruiting |
| 01:35:14 | 11 | visits? |
| 01:35:14 | 12  A | As you said earlier, he would drive me at times or I |
| 01:35:16 | 13 | would drive him, one or the two, and he would sit in the |
| 01:35:20 | 14 | car while I went into the school. |
| 01:35:24 | 15  Q | Did he ever go with you to visit any recruits at their |
| 01:35:28 | 16 | homes? |
| 01:35:28 | 17  A | No. |
| 01:35:28 | 18  Q | Would that be a violation of NCAA rules? |
| 01:35:32 | 19  A | Yes. |
| 01:35:36 | 20  Q | Now I'm many almost done with the Rose Bowl in 2014. |
| 01:35:44 | 21 | Did Michigan State have practices that they were allowed |
| 01:35:46 | 22 | to do on the Rose Bowl field before the game? |
| 01:35:48 | 23  A | Not at the Rose Bowl, It was a practice facility. |
| 01:35:52 | 24  Q | Practice facility?  Okay.  Was Curtis Blackwell, would |
| 01:35:54 | 25 | he be on the field during those practices or was there |

ROUGH DRAFT

103

| 03:19:12 | 1 | Q | Okay. And when the second contract expired after the |
| 03:19:18 | 2 | | second year, did you have the authority to enter into |
| 03:19:20 | 3 | | the contract for his third year employment? |
| 03:19:24 | 4 | A | Yes, as far as -- as long as -- as long as things didn't |
| 03:19:28 | 5 | | become more complicated from an administrative |
| 03:19:34 | 6 | | situation. That would be with everybody, that's not |
| 03:19:36 | 7 | | just Mr. Blackwell, as long as there was no issues with |
| 03:19:40 | 8 | | other things going on our department. |
| 03:19:40 | 9 | | THE JUDGE: Excuse me again. Gentlemen, just a |
| 03:19:40 | 10 | | reminder, and lady, I have to leave at 4, so you are |
| 03:19:50 | 11 | | going to have to be finished or get along after that. I |
| 03:19:50 | 12 | | understand you're doing fine. |
| 03:19:50 | 13 | | MR. FORREST: Not so bad. |
| 03:19:50 | 14 | | THE JUDGE: Take care. |
| 03:19:54 | 15 | | MR. FORREST: Thanks again, Judge. |
| 03:20:04 | 16 | BY MR. WARNICKE: |
| 03:20:04 | 17 | Q | Can I draw your attention to the answer in Exhibit No. |
| 03:20:12 | 18 | | 2 -- |
| 03:20:12 | 19 | A | Yeah. |
| 03:20:14 | 20 | Q | (Continuing) -- Paragraph 30? |
| 03:20:16 | 21 | A | Paragraph 30. |
| 03:20:18 | 22 | Q | It's on page 9 at the very top. |
| 03:20:24 | 23 | A | Okay. |
| 03:20:26 | 24 | Q | The -- Paragraph 30, the allegation in the complaint is |
| 03:20:28 | 25 | | that "Each year that Defendants Dantonio and Hollis |

ROUGH DRAFT

242

| | | | |
|---|---|---|---|
| 07:15:36 | 1 | A | I can't recall. |
| 07:15:38 | 2 | Q | Do you know somebody named Bob Skandalaris? |
| 07:15:42 | 3 | A | Yes. |
| 07:15:42 | 4 | Q | His name's on the football building? |
| 07:15:44 | 5 | A | Yes. |
| 07:15:46 | 6 | Q | Is he a booster? |
| 07:15:46 | 7 | A | He's a donor. |
| 07:15:48 | 8 | Q | Donor?  Do you remember during Mr. Blackwell's |
| 07:15:54 | 9 | | employment that you directed him to talk to Bob |
| 07:16:00 | 10 | | Skandalaris to -- |
| 07:16:00 | 11 | A | I did not direct him to talk to Bob Skandalaris. |
| 07:16:02 | 12 | Q | It's your testimony that you never directed him to talk |
| 07:16:04 | 13 | | to Bob Skandalaris? |
| 07:16:04 | 14 | A | I did not direct him to talk to Bob Skandalaris.  Bob |
| 07:16:08 | 15 | | Skandalaris is around our program, all of our coaches |
| 07:16:10 | 16 | | know him. |
| 07:16:16 | 17 | Q | And did you ever direct Mr. Blackwell to inquire of |
| 07:16:20 | 18 | | getting ██████████████ mother a job through Bob |
| 07:16:24 | 19 | | Skandalaris? |
| 07:16:24 | 20 | A | Everything went through Compliance. |
| 07:16:28 | 21 | Q | Do you know if ██████████████ mom ever worked for Bob |
| 07:16:32 | 22 | | Skandalaris or any of his companies? |
| 07:16:32 | 23 | | MR. FORREST:  Objection, relevance. |
| 07:16:36 | 24 | | MR. McCARTHY:  This has nothing to do with this |
| 07:16:36 | 25 | | lawsuit.  You have a Fifth Amendment claim. |

ROUGH DRAFT

243

| | | |
|---|---|---|
| 07:16:38 | 1 | BY THE WITNESS: |
| 07:16:38 | 2 | A    Yes, she did, authorized by Compliance. |
| 07:16:38 | 3 | BY MR. WARNICKE: |
| 07:16:50 | 4 | Q    Did you have any resentment toward Curtis Blackwell |
| 07:16:58 | 5 | regarding any pushback he gave you with respect to that |
| 07:17:00 | 6 | situation? |
| 07:17:00 | 7 | A    No. |
| 07:17:02 | 8 | Q    Did you have any resentment towards Curtis Blackwell |
| 07:17:08 | 9 | regarding any pushback he gave you regarding ▓▓▓▓▓ |
| 07:17:08 | 10 | ▓▓▓▓? |
| 07:17:10 | 11 | A    ▓▓▓▓▓▓▓▓?   No. |
| 07:17:16 | 12 | Q    Did you ever ask Mr. Blackwell to get a job for ▓▓▓▓ |
| 07:17:22 | 13 | ▓▓▓▓▓ dad through Bob Skandalaris? |
| 07:17:24 | 14 | A    No. |
| 07:17:24 | 15 | MR. FORREST:  Objection, relevance.  And again, |
| 07:17:28 | 16 | what does any of this have to do with any claim in this |
| 07:17:32 | 17 | case? |
| 07:17:34 | 18 | MR. WARNICKE:  I think it's differences -- It's |
| 07:17:36 | 19 | differences of opinion, going in a different direction, |
| 07:17:38 | 20 | philosophical differences. |
| 07:17:40 | 21 | THE WITNESS:  Let me answer, I'll answer. |
| 07:17:42 | 22 | A    All of these -- All of these have been vetted through |
| 07:17:46 | 23 | Compliance.  Compliance authorized -- Everything went |
| 07:17:52 | 24 | through NCAA rules. |
| 07:17:52 | 25 | |

ROUGH DRAFT

244

| | | |
|---|---|---|
| 07:17:52 | 1 | BY MR. WARNICKE: |
| 07:18:02 | 2 | Q    The suspension of Mr. Blackwell, Mr. Hollis's letter |
| 07:18:04 | 3 |      said that he was being suspended due to serious |
| 07:18:06 | 4 |      allegations pending the investigation.  Do you recall |
| 07:18:08 | 5 |      that? |
| 07:18:08 | 6 |           MR. FORREST:  Objection, form.  If you want him to |
| 07:18:12 | 7 |      look at a document, that's fine. |
| 07:18:12 | 8 |           MR. WARNICKE:  Why don't we get it out then. |
| 07:18:16 | 9 |           MR. FORREST:  Going back to this?  You've already |
| 07:18:26 | 10 |     asked him if he had any role in drafting it. |
| 07:18:28 | 11 |          MR. WARNICKE:  I know, so I'm not going to ask him |
| 07:18:30 | 12 |     that. |
| 07:18:32 | 13 |          MR. FORREST:  So what could you possibly get from |
| 07:18:34 | 14 |     him?  This is Exhibit 11? |
| 07:18:42 | 15 |          MR. WARNICKE:  Yeah. |
| 07:18:48 | 16 | Q   Do you understand what those serious allegations that |
| 07:18:50 | 17 |     were being referred to were? |
| 07:18:52 | 18 | A   No. |
| 07:18:54 | 19 | Q   Did you ever communicate in any way that Mr. Blackwell |
| 07:18:58 | 20 |     was being accused of obstructing an investigation? |
| 07:19:00 | 21 | A   No. |
| | 22 | Q   The -- |
| | 23 |                     (Brief interruption) |
| | 24 |          MR. FORREST:  Come in. |
| | 25 |          UNIDENTIFIED PERSON:  The judge told me she told |

ROUGH DRAFT

245

```
 1              you guys you had to leave by 5?

 2                   MR. FORREST:  Yes, she did.  What time is it?  Time

 3              to go?

 4                   UNIDENTIFIED PERSON:  Time to go.  The doors lock

 5              at 5:30.

 6                   MR. FORREST:  Okay.

07:19:30    7       MR. WARNICKE:  Let's just wrap up on the record.

07:19:32    8  I -- We were continuing on so I can try to finish.  I

07:19:36    9  think I'm close to being done, but I do have some other

07:19:40   10  items that I wanted to go through.

07:19:42   11       I know the Court said I could have the full seven

07:19:44   12  hours.  Consistent with that, given that we haven't

07:19:48   13  finished, I would reserve my right to finish the

07:19:50   14  deposition pursuant to the allocated time from the

07:19:54   15  Court.

07:19:58   16       MR. KIENBAUM:  I suggest you file a motion if

07:19:58   17  that's your desire.

07:20:00   18       MR. WARNICKE:  So you won't agree to produce him

07:20:00   19  for the rest of the time --

07:20:00   20       MR. FORREST:  What's your topics that you want --

07:20:02   21       MR. WARNICKE:  I need to file a motion?

07:20:02   22       MR. KIENBAUM:  Tom --

07:20:04   23       MR. WARNICKE:  I just want to make it clear, I'm

07:20:04   24  not going to argue.

07:20:06   25       MR. KIENBAUM:  You seem to have an understanding
```

ROUGH DRAFT

246

| | | |
|---|---|---|
| 07:20:06 | 1 | that you get seven hours, and you can have a witness |
| 07:20:08 | 2 | read the newspaper into the record.  No.  You have |
| 07:20:14 | 3 | seven -- up to seven hours for relevant inquiries.  You |
| 07:20:16 | 4 | haven't been making six hours worth of relevant |
| 07:20:20 | 5 | inquiries. |
| 07:20:22 | 6 | MR. WARNICKE:  I just want to know if you're going |
| 07:20:22 | 7 | to voluntarily produce him -- |
| 07:20:26 | 8 | MR. KIENBAUM:  No. |
| 07:20:26 | 9 | MR. WARNICKE:  (Continuing) -- or if we'll need to |
| 07:20:26 | 10 | file a motion. |
| 07:20:28 | 11 | MR. KIENBAUM:  You'll need to file a motion. |
| 07:20:30 | 12 | THE VIDEOGRAPHER:  Going off the record at 5:23:01. |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | - - - o0o - - - |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

ROUGH DRAFT