UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CURTIS E. BLACKWELL, II,**

           Plaintiff,

vs.

**LOU ANNA K. SIMON,** in her individual capacity as president of Michigan State University**, MARK DANTONIO,** in his individual capacity as Head Football Coach of Michigan State University**, MARK HOLLIS,** in his individual capacity as Director of Intercollegiate Athletics for Michigan State University,  **CHAD DAVIS,** Detective, in his individual capacity as a detective for the Michigan State University Police Department, and **SAM MILLER,** Detective, in his individual capacity as a detective for the Michigan State University Police Department,

           Defendants.

Case No. 1:18-cv-01261

HON. JANET T. NEFF

Magistrate Judge Sally J. Berens

**DEFENDANTS DAVIS AND MILLER'S MOTION FOR SANCTIONS**

---

**Thomas R. Warnicke (P47148)**
LAW OFFICES OF THOMAS R. WARNICKE PLLC
Attorneys for Plaintiff
16291 West 14 Mile Road, Suite 21
Beverly Hills, MI  48025-3327
(248) 930-4411
tom@warnickelaw.com

**Andrew A. Paterson, Jr. (P18690)**
PATERSON LAW OFFICE
Attorneys for Plaintiff
2893 East Eisenhower Pkwy
Ann Arbor, MI  48108-3220
(248) 568-9712
aap43@outlook.com

**Thomas G. Kienbaum (P15945)**
**William Bruce Forrest, III (P60311)**
KIENBAUM HARDY VIVIANO PELTON & FORREST PLC
Attorneys for Defendants Simon, Dantonio and Hollis
280 North Old Woodward Avenue, Suite 400
Birmingham, MI  48009
(248) 645-0000
tkienbaum@khvpf.com
wforrest@khvpf.com

**Bruce W. Neckers (P18198)**
**Paul A. McCarthy (P47212)**
RHOADES McKEE PC
Attorneys for Defendants Chad Davis and Sam Miller
55 Campau Avenue, NW, Suite 300
Grand Rapids, MI  49503
(616) 235-3500
bneckers@rhoadesmckee.com
mccarthy@rhoadesmckee.com

Defendants Chad Davis and Sam Miller ("Davis and Miller"), through their undersigned counsel, move the Court pursuant to Fed.R.Civ.P. 37(b)(2)(A)(i)-(vii) and the inherent power of this Court to sanction misconduct, to dismiss Plaintiff's case for the reasons that are detailed in the brief accompanying this motion.

Dated:  February 21, 2020			RHOADES McKEE PC


					By:*/s/ _Paul A. McCarthy*_____
						Bruce W. Neckers (P18198)
						Paul A. McCarthy (P47212)
						Attorneys for Defendants Davis and Miller
						55 Campau Avenue NW, Suite 300
						Grand Rapids, MI  49503
						(616) 235-3500