UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-01261-JTN | 3/5/2020 | 2:05 PM – 4:44 PM | Sally J. Berens |

**CASE CAPTION**

| |
|---|
| Blackwell v. Simon et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Andrew A. Paterson, Jr.<br>Thomas R. Warnicke | Plaintiff Curtis E. Blackwell, II |
| Andrew A. Paterson, Jr. | Interested Party Michelle Franklin |
| Thomas G. Kienbaum<br>William Bruce Forrest , III | Defendants Lou Anna K. Simon, Mark Dantonio, Mark Hollis |
| Paul A. McCarthy<br>George Williams G. Furtado | Defendants Chad Davis, Sam Miller |

**PROCEEDINGS**

**NATURE OF HEARING:**

1. Plaintiff Blackwell's Motion to Compel the Completion of Defendant Mark Dantonio's Deposition and for Sanctions Pursuant to Fed.R.Civ.P. 26(b), 30(d)(1), and 37 for Refusing to Reappear (ECF No. 165);

2. Defendants Dantonio, Hollis, and Simon's Motion for Protective Order Pursuant to Fed.R.Civ.P. 30(d)(3)(A) (ECF No. 167);

3. Plaintiff Blackwell's Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c)(1)(A) (ECF No. 173);

4. Defendants Dantonio, Hollis, and Simon's Motion to Strike Plaintiff Blackwell's Motion for Protective Order ECF No. 173 and for Sanctions (ECF No. 180);

5. Non-party Michelle Franklin's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(C)(1) (ECF No.188);

6. Defendants Davis and Miller's Motion for Sanctions (ECF No. 211);

Motions taken under advisement; order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon