

**From:** Thomas Kienbaum
**Sent:** Tuesday, March 10, 2020 5:09 PM
**To:** 'Tom Warnicke'
**Subject:** Emergency motion

Tom, I left a voicemail for you. Call my cell, 248 4256521 please.

Thomas G. Kienbaum
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 425-6521
tkienbaum@khvpf.com