UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS E. BLACKWELL, II,

    Plaintiff,

v.

LOU ANNA K. SIMON, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1261

HON. JANET T. NEFF

## ORDER

Defendants Chad Davis and Sam Miller filed a Pre-Motion Conference Request concerning their anticipated motion for summary judgment (ECF No. 231). Defendants Lou Anna K. Simon, Mark Dantonio, and Mark Hollis filed a Pre-Motion Conference Request concerning their anticipated motion for summary judgment (ECF No. 232). No Response to either Pre-Motion Conference Request has been timely filed. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff shall file a Response to each Pre-Motion Conference Request not later than March 30, 2020. Counsel shall adhere to the requirements set forth in Judge Neff's Information and Guidelines for Civil Practice, which are available on the Court's website (www.miwd.uscourts.gov).

Dated: March 23, 2020
         /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge