UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS E. BLACKWELL, II,

    Plaintiff,                                 Hon. Janet T. Neff

v.                                                  Case No. 1:18-cv-1261

LOU ANNA K. SIMON, et al.,

    Defendants.
_____/

## ORDER

    The Court has before it Plaintiff's motion for sanctions against Defendant Mark Dantonio (ECF No. 308). The motion will be **held in abeyance** pending a decision on Plaintiff's objections to the March 20, 2020 Report and Recommendation (ECF No. 234), during which time Defendant Dantonio need not respond to the motion. The Court will order a response from Defendant Dantonio if it deems one necessary.

    **IT IS SO ORDERED**.

Dated: May 19, 2020                                                       /s/ Sally J. Berens
                                                                    SALLY J. BERENS
                                                                      U.S. Magistrate Judge