UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS E. BLACKWELL, II,

    Plaintiff,                                     Hon. Janet T. Neff

v.                                                           Case No. 1:18-cv-1261

LOU ANNA K. SIMON, et al.,

    Defendants.

_____/

## **ORDER**

        The Court has before it the motion to preclude economic damages of Defendants Davis and Miller. (ECF No. 338.) In light of Defendants' pending motion for summary judgment (ECF No. 376), which, if granted, would obviate the need for a ruling on the economic damages motion, the economic damages motion is **DISMISSED WITHOUT PREJUDICE**. Defendants may refile their motion if the case remains pending following a ruling on the summary judgment motion.

        **IT IS SO ORDERED**.

Dated: February 22, 2021                                                 /s/ Sally J. Berens
                                                                              SALLY J. BERENS
                                                                              U.S. Magistrate Judge